Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  19−10838−RG
        Chapter:  7
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Douglas Brown
   50 Heather Lane
   Roselle, NJ 07203−2913

Social Security No.:
   xxx−xx−6763

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/22/19 at 10:00 AM

to consider and act upon the following:

*16* − Motion for Relief from Stay re: 2010 Land Rover Range Rover. Fee Amount $ 181. Filed by John R. Morton Jr. on behalf of Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto. Hearing scheduled for 4/16/2019 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Proposed Order # 2 Certification # 3 Certificate of Service) (Morton, John)

Dated: 3/21/19

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court