Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  19−10838−RG
        Chapter:  7
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Douglas Brown
    50 Heather Lane
    Roselle, NJ 07203−2913

Social Security No.:
    xxx−xx−6763

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/22/19 at 10:00 AM

to consider and act upon the following:

*16* − Motion for Relief from Stay re: 2010 Land Rover Range Rover. Fee Amount $ 181. Filed by John R. Morton Jr. on behalf of Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto. Hearing scheduled for 4/16/2019 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Proposed Order # 2 Certification # 3 Certificate of Service) (Morton, John)

Dated: 3/21/19

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-10838-RG
Douglas Brown                                                                   Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin            Page 1 of 1             Date Rcvd: Mar 21, 2019
                       Form ID: ntchrgbk       Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2019.
db              Douglas Brown,    50 Heather Lane,    Roselle, NJ 07203-2913
aty            +Morton & Craig, LLC,    1451 Thomas Langston Rd.,    Winterville, NC 28590-8872
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2019 23:49:02
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 1

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Katherine Suplee    on behalf of Debtor Douglas  Brown ksuplee@supleelaw.com,
               supleekr82469@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series
               2017-1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Nancy Isaacson     nisaacson@greenbaumlaw.com, isaacson@remote7solutions.com;J101@ecfcbis.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5