UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Douglas Brown

Case No.: 19-10838
Chapter: 7
Judge: RG

## NOTICE OF PROPOSED ABANDONMENT

_Nancy Isaacson_, _Chapter 7 Trustee_ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable _Rosemary Gambardella_ on _April 30, 2019_ at _10:00_ a.m. at the United States Bankruptcy Court, Courtroom no. _3E_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
50 Heather Lane
Roselle, NJ
Value : $245,328.00

Liens on property:
M&T Bank
$212,753.79
Select Portfolio Services
$66,373.28

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Nancy Isaacson
Address: 75 Livingston Avenue, Suite 301, Roseland, NJ 07068-3701
Telephone No.: (973) 535-1600

_rev.8/1/15_

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-10838-RG
Douglas Brown                                                                   Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin         Page 1 of 2              Date Rcvd: Mar 22, 2019
                       Form ID: pdf905      Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2019.
```
db              Douglas Brown,    50 Heather Lane,    Roselle, NJ 07203-2913
aty            +Morton & Craig, LLC,    1451 Thomas Langston Rd.,    Winterville, NC 28590-8872
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
517968654       American Express,    PO Box 1270,    Newark, NJ 07101-1270
517968655      +American Express,    P.O. Box 360001,    Ft. Lauderdale, FL 33336-0001
517968657     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    P.O. Box 982235,    El Paso, TX 79998-2235)
517968658      +Best Egg,    1523 Concord Pike,    Wilmington, DE 19803-3653
517968659       Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
517968660       Citi Bank,    PO Box 9001037,    Louisville, KY 40290-1037
517968661       Citi Cards,    PO Box 70166,    Philadelphia, PA 19176-0166
517968662       Home Depot Credit Services,    PO Box 9001010,    Louisville, KY 40290-1010
517968664       M&T Bank,    PO Box 619063,    Dallas, TX 75261-9063
517968665       Macy's,    PO Box 9001094,    Louisville, KY 40290-1094
517968666       Marriot Rewards,    P.O Box 15123,    Wilmington, DE 19850-5123
517968667       Northwest Orthopedic Surg,    3030 W. Salt Creek Ln,    Ste. 100,
                 Arlington Heights, IL 60005-5006
517968668      +Northwest Rehabilitation,    3030 W Salt Creek Ln,    Ste 160,    Arlington Heights, IL 60005-5005
517968669       Sears,    PO Box 6286,    Sioux Falls, SD 57117-6286
517968674       United Mileage Plus,    Card Member Service,    PO Box 1423,    Charlotte, NC 28201-1423
517968675       Wells Fargo Dealer Services,    P.O. Box 25341,    Santa Ana, CA 92799-5341
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 23 2019 01:22:09     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 23 2019 01:22:04     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2019 01:27:19
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
517968663       E-mail/Text: cio.bncmail@irs.gov Mar 23 2019 01:21:21     Internal Revenue Service,
                 P.O. Box 804527,    Cincinnati, OH 45280-4527
517968670      +E-mail/Text: jennifer.chacon@spservicing.com Mar 23 2019 01:23:18     Select Portfolio Services,
                 PO Box 65250,    Salt Lake City, UT 84165-0250
517968670      +E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2019 01:27:51     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517968672       Trinitas Anesthesia Associates
517968673       Trinitas Regional Medical Center
517968656*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
517968671*     +Select Portfolio Services,    PO Box 65250,    Salt Lake City, UT 84165-0250
517968676*      Wells Fargo Dealer Services,    P.O. Box 25341,    Santa Ana, CA 92799-5341
                                                                                   TOTALS: 2, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                                        Signature: /s/Joseph Speetjens

```
District/off: 0312-2           User: admin                    Page 2 of 2                    Date Rcvd: Mar 22, 2019
                               Form ID: pdf905                Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2019 at the address(es) listed below:
```
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Katherine Suplee    on behalf of Debtor Douglas  Brown ksuplee@supleelaw.com,
               supleekr82469@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series
               2017-1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Nancy Isaacson    nisaacson@greenbaumlaw.com, isaacson@remote7solutions.com;J101@ecfcbis.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```