**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Douglas Brown | Social Security number or ITIN   xxx–xx–6763 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–10838–RG | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Douglas Brown

<u>4/18/19</u>       **By the court:** <u>Rosemary Gambardella</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                       Case No. 19-10838-RG
Douglas Brown                                                Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin               Page 1 of 2      Date Rcvd: Apr 18, 2019
                             Form ID: 318              Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2019.
db              Douglas Brown,    50 Heather Lane,    Roselle, NJ 07203-2913
aty            +Morton & Craig, LLC,    1451 Thomas Langston Rd.,    Winterville, NC 28590-8872
517968658      +Best Egg,    1523 Concord Pike,    Wilmington, DE 19803-3653
517968660       Citi Bank,    PO Box 9001037,    Louisville, KY 40290-1037
517968661       Citi Cards,    PO Box 70166,   Philadelphia, PA 19176-0166
517968662       Home Depot Credit Services,     PO Box 9001010,   Louisville, KY 40290-1010
517968664       M&T Bank,    PO Box 619063,    Dallas, TX 75261-9063
517968665       Macy's,    PO Box 9001094,    Louisville, KY 40290-1094
517968667       Northwest Orthopedic Surg,    3030 W. Salt Creek Ln,    Ste. 100,
                 Arlington Heights, IL 60005-5006
517968668      +Northwest Rehabilitation,    3030 W Salt Creek Ln,    Ste 160,    Arlington Heights, IL 60005-5005
517968669       Sears,    PO Box 6286,   Sioux Falls, SD 57117-6286
517968674       United Mileage Plus,    Card Member Service,    PO Box 1423,    Charlotte, NC 28201-1423

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 18 2019 23:24:13      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 18 2019 23:24:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Apr 19 2019 03:13:00      Synchrony Bank, c/o PRA Recievables Management, LL,
                 POB 41021,    Norfolk, VA 23541-1021
cr             +EDI: WFFC.COM Apr 19 2019 03:13:00      Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto,
                 1451 Thomas Langston Rd.,    Winterville, NC 28590-8872
517968655      +EDI: AMEREXPR.COM Apr 19 2019 03:13:00      American Express,    P.O. Box 360001,
                 Ft. Lauderdale, FL 33336-0001
517968654       EDI: AMEREXPR.COM Apr 19 2019 03:13:00      American Express,    PO Box 1270,
                 Newark, NJ 07101-1270
517968656       EDI: BANKAMER.COM Apr 19 2019 03:13:00      Bank of America,    PO Box 15019,
                 Wilmington, DE 19886-5019
517968657       EDI: BANKAMER.COM Apr 19 2019 03:13:00      Bank of America,    P.O. Box 982235,
                 El Paso, TX 79998-2235
517968659       EDI: CHASE.COM Apr 19 2019 03:13:00      Chase,    P.O. Box 15153,   Wilmington, DE 19886-5153
517968663       EDI: IRS.COM Apr 19 2019 03:13:00      Internal Revenue Service,    P.O. Box 804527,
                 Cincinnati, OH 45280-4527
517968666       EDI: CHASE.COM Apr 19 2019 03:13:00      Marriot Rewards,    P.O Box 15123,
                 Wilmington, DE 19850-5123
517968670      +E-mail/Text: jennifer.chacon@spservicing.com Apr 18 2019 23:24:39      Select Portfolio Services,
                 PO Box 65250,    Salt Lake City, UT 84165-0250
517970161      +EDI: RMSC.COM Apr 19 2019 03:13:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517968675       EDI: WFFC.COM Apr 19 2019 03:13:00      Wells Fargo Dealer Services,    P.O. Box 25341,
                 Santa Ana, CA 92799-5341
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517968672       Trinitas Anesthesia Associates
517968673       Trinitas Regional Medical Center
517968671*     +Select Portfolio Services,    PO Box 65250,    Salt Lake City, UT 84165-0250
517968676*      Wells Fargo Dealer Services,    P.O. Box 25341,    Santa Ana, CA 92799-5341
                                                                                   TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin               Page 2 of 2              Date Rcvd: Apr 18, 2019
                              Form ID: 318              Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2019 at the address(es) listed below:
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Katherine   Suplee    on behalf of Debtor Douglas  Brown ksuplee@supleelaw.com,
               supleekr82469@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series
               2017-1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Nancy  Isaacson    nisaacson@greenbaumlaw.com, isaacson@remote7solutions.com;J101@ecfcbis.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```