UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057   (856)866-0100
Attorney for : Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
Our File No.: 48559
JM-5630

**Order Filed on April 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Douglas Brown

| | |
|---|---|
| Case No.: | 19-10838 |
| Hearing Date: | 4-22-2019 |
| Judge: | RG |
| Chapter: | 7 |

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 22, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto_____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏     Real property more fully described as:

☑     Personal property more fully described as:

    2010 Land Rover Range Rover
    Vehicle Identification Number
    SALSK2D46AA234028

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*